# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

08 MC 544 (JS)

FILED
.....D.N.Y

NOV 07 2008

## MISCELLANEOUS CASE INFORMATION SHEET

LONG ISLAND OFFICE

| PLAINTIFF: PETITIONER: | DEFENDANT: RESPONDENT: |
|---|---|
| Rent Stabilization Association of N.Y.C., Inc. | Tonino Solimine, Eston Clare and T & S Trucking Corporation |

**IN THE MATTER OF:** The Application of RENT STABILIZATION ASSOCIATION OF N.Y.C., INC., on its own behalf and on behalf of its members, for an order pursuant to Rule 27 of the F.R. Civ. Pro. authorizing Petitioner to take the depositions of respondents, and requiring the production of documents.

**CAUSE OF ACTION:** An order authorizing petitioner to take deposition of respondents and requiring the production of documents by the respondents.

**RELIEF SOUGHT:** Deposition of respondents and production of documents.

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| Walter A. Kretz, Jr. (WK-4645) Seiff Kretz & Abercrombie 444 Madison Avenue New York, New York 10022 | |

I am currently a member in good standing of the bar of this Court:  ☐ YES  ☐ NO

Signature of Attorney of Record: _____ Date: 11/13/08

TOTAL P.02