UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In the Matter of the Application of
RENT STABILIZATION ASSOCIATION
OF N.Y.C., INC., on its own behalf and
on behalf of its members,

                      Petitioner,

for an order pursuant to Rule 27 of the
Federal Rules of Civil Procedure authorizing
Petitioner to take the depositions of, and requiring
the production of documents by,
TONINO SOLIMINE, ESTON CLARE, and
T&S TRUCKING CORPORATION,

                      Respondents.

------------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 0 7 2008 ★

BROOKLYN OFFICE

MISC 08   544

NOTICE OF PETITION

SEYBERT, J

      PLEASE TAKE NOTICE that upon the annexed petition, verified by Joseph Strasburg on October 27, 2008, and its annexed exhibits, petitioner Rent Stabilization Association of N.Y.C., Inc., on its own behalf and on behalf of its members, will apply to this Court on the 3rd day of December, 2008, or as soon thereafter as counsel can be heard, for an order pursuant to Rule 27 of the Federal Rules of Civil Procedure: i) authorizing petitioner to take the depositions upon oral examination of respondents Tonino Solimine, Eston Clare, and T&S Trucking Corporation in order to perpetuate their testimony; ii) directing the respondents to produce documents relating to such testimony as described in Exhibit B annexed to the Verified Petition; and iii) granting such other relief as the Court deems just, together with an award of costs to the petitioner.

PLEASE TAKE FURTHER NOTICE that papers in opposition to the petition, if any, shall be served by hand on the undersigned counsel for petitioner on or before December 1, 2008.

Dated:   New York, New York
         November 5, 2008

>                                    SEIFF KRETZ & ABERCROMBIE
>                                    Attorneys for Petitioner
>
>                                    By: _____
>                                         Walter A. Kretz, Jr. (WK-4645)
>                                         444 Madison Avenue
>                                         New York, New York  10022
>                                         (212) 371-4500

To:   Tonino Solimine
      29 Shrewsbury Drive
      Rumson, New Jersey

      Eston Clare
      1726 E. 46th Street
      Brooklyn, New York

      T&S Trucking Corporation
      53 2nd Avenue
      Brooklyn, New York  11215